MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> JAVIER FRANCISCO REYES, ) <br> a/k/a Francisco Javier Reyes, ) <br> a/k/a Francisco Reyes, ) <br> a/k/a Arturo Salgado Hernandez, ) <br> a/k/a Aturo Salgado Hernandez, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. No. CR12-0155 EMC <br><br> **STIPULATION AND [PR**~~OPOSED~~**] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On March 21, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to April 25, 2012. The parties have agreed to exclude the period of time between March 21, 2012 and April 25, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0155 EMC

1  At the hearing, the Court made findings consistent with this agreement.

2  SO STIPULATED:

MELINDA HAAG
United States Attorney

6  DATED: April 25, 2012                    _____/s/_____
                                            J. MARK KANG
7                                           Special Assistant United States Attorney

9  DATED: April 25, 2012                    _____/s/_____
                                            SHAWN HALBERT
10                                          Attorney for JAVIER FRANCISCO REYES

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0155 EMC

1 [PROPOSED] ORDER

2       For the reasons stated above and at the March 21, 2012 hearing, the Court finds that the
3 exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 21,
4 2012 through April 25, 2012 is warranted and that the ends of justice served by the continuance
5 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
6 §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the
7 reasonable time necessary for effective preparation, taking into account the exercise of due
8 diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10       IT IS SO ORDERED.

12 DATED:___5/1/12_____                    _____
13                                              THE HONORABLE EDWARD M. CHEN
                                                 United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0155 EMC