```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  J. MARK KANG (NYBN 4033999)
    Special Assistant United States Attorney
 5
        450 Golden Gate Ave., Box 36055
 6      San Francisco, California 94102
        Telephone:  (415) 436-7050
 7      Fax: (415) 436-7234
        E-Mail: Mark.Kang@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, ) | No. CR 12-0155 EMC |
| 15 | Plaintiff, ) ) | STIPULATION AND [P~~R~~OPOSED] ORDER MODIFYING MOTION |
| 16 | v. ) ) | BRIEFING AND HEARING DATES |
| 17 | JAVIER FRANCISCO REYES, )   a/k/a Francisco Javier Reyes, )   a/k/a Francisco Reyes, ) | |
| 18 |   a/k/a Arturo Salgado Hernandez, )   a/k/a Aturo Salgado Hernandez, ) | |
| 19 | ) Defendant. ) | |
| 20 | | |

21
                              **STIPULATION**
22
         The Court previously set a briefing schedule on defendant's motion wherein, the defendant
23
    would his motion to dismiss by July 18, 2012, the government would file its opposition brief by
24
    August 1, 2012, the defendant would file his reply August 6, 2012, and the court would hear the
25
    motion on August 8, 2012.  The parties have stipulated and agreed to the following adjustment to
26
    the briefing schedule, subject to the Court's approval:
27

28

STIPULATION AND [PROPOSED] ORDER
[CR 12-0155 EMC]

1 • The government will file its opposition brief by August 8, 2012.
2 • The defendant will file its reply brief by August 22, 2012.
3 • The parties appear before the Court on August 29, 2012 or some date thereafter
4 convenient to the Court.
5 The undersigned government counsel has requested this additional time in order to
6 properly address the factual and legal assertions made in the defendant's motion and will not be in
7 the office for a portion of the previously allotted time to oppose. Therefore the parties are in
8 agreement that this additional time is necessary to allow for the government to complete its brief.
9 SO STIPULATED

11 Dated: July 25, 2012
12     MELINDA HAAG
    United States Attorney

14     /s/
    J. MARK KANG
    Special Assistant United States Attorney

17 Dated: July 25, 2012     /s/
    SHAWN HALBERT
    Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
[CR 12-0155 EMC]

**ORDER**

For the reasons stated above, the Court modifies the motion briefing and hearing date as follows: The government shall file its opposition brief by August 8, 2012, the defense shall file any reply by August 22, 2012.  The Court will hear the motion on August 29, 2012 at 2:30 p.m. [or_____ ___, 2012].

SO ORDERED.

DATED: 7/26/12



_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

STIPULATION AND [PROPOSED] ORDER
[CR 12-0155 EMC]                                    2