1  GEOFFREY A. HANSEN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant Javier Francisco Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-00155 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PR~~OPOSED~~] ORDER MODIFYING MOTION BRIEFING AND HEARING DATES |
| v. | ) ) | AND EXCLUDING ADDITIONAL TIME FROM AUGUST 29, 2012 TO |
| JAVIER FRANCISCO REYES, | ) | SEPTEMBER 26, 2012 |
| Defendant. | ) ) ) | |

**STIPULATION**

The Court previously set a briefing schedule on defendant's motion with a hearing date of August 29, 2012. For reasons relating to continuity of counsel and effective preparation of counsel, undersigned defense counsel requests that the hearing date be continued to September 26, 2012 with the reply brief due September 19, 2012 (undersigned counsel was originally going to request a three-week continuance but has an evidentiary hearing scheduled before Judge Alsup on September 19, 2012). The government has no objection to this request.

Time until August 29, 2012 has previously been excluded by court order. The parties also

STIP. & ORDER
No. CR 12-00155 EMC                                    - 1 -

agree that the time between August 29, 2012 and September 26, 2012 (or some date thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

Dated:      8/20/12

                                MELINDA HAAG
                                United States Attorney

                                /s/
                                J. MARK KANG
                                Special Assistant United States Attorney

Dated:      8/20/12                          /s/
                                SHAWN HALBERT
                                Attorney for Defendant

**[~~PROP~~OSED] ORDER**

For the reasons stated above, the Court modifies the motion briefing and hearing date as follows:  Defendant shall file his reply motion by September 19, 2012 and the Court will hear the motion on September 26, 2012 at 2:30 p.m. [~~or_____, 2012~~].

IT IS FURTHER ORDERED that the time between August 29, 2012 and September 26, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: August 20, 2012

IT IS SO ORDERED

Judge Edward M. Chen
United States District Judge

_____
THE HONORABLE EDWARD M. CHEN