GEOFFREY HANSEN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Javier Francisco Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-00155 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING DATE TO OCTOBER 3, 2012 AND |
| v. | ) ) | EXCLUDING ADDITIONAL TIME FROM SEPTEMBER 26, 2012 TO |
| JAVIER FRANCISCO REYES, | ) ) | OCTOBER 3, 2012 |
| Defendant. | ) ) ) | |

## STIPULATION

For reasons relating to the availability of defendant's consulting expert, the details of which defense counsel has communicated to government counsel, the defense requests that the filing of the reply brief be continued from September 19, 2012 to September 26, 2012 and that the hearing date be continued to September 26, 2012 to October 3, 2012. The government has no objection to this request.

The parties also agree that the time between September 26, 2012 and October 3, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting

STIP. & ORDER
No. CR 12-00155 EMC - 1 -

1  such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
2  U.S.C. § 3161(h)(7)(A).
3  SO STIPULATED.
4
5  Dated:   9/19/12

    MELINDA HAAG
6      United States Attorney

7      /s/

8      J. MARK KANG
    Special Assistant United States Attorney
9

10     /s/
  Dated:   9/19/12
11     SHAWN HALBERT
    Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP. & ORDER
No. CR 12-00155 EMC                           - 2 -

1 **ORDER**

2     For the reasons stated above, the Court orders that defendant may file his reply motion by

3 September 26, 2012 and the Court will hear the motion on October 3, 2012 at 2:30 p.m.

4 [or~~_____ ___, 2012~~].

5     IT IS FURTHER ORDERED that the time between September 26, 2012 and October 3, 2012

6 should be excluded under the Speedy Trial Act; the continuance is necessary for effective

7 preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served

8 by granting such a continuance outweigh the best interests of the public and the defendant in a

9 speedy trial. 18 U.S.C. § 3161(h)(7)(A).

11 SO ORDERED.

14 DATED: 9/20/12

    THE HONORABLE
    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

STIP. & ORDER
No. CR 12-00155 EMC     - 3 -